**No. 38865.**—Protest 241323–G of Berg Bros. (New York).

Opinion by TILSON, J. It was stipulated that the items in question consist of articles in chief value of compounds of cellulose similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 38866.**—Protests 315903–G, etc., of Amberg Schwab & Co., Inc., et al. (New York).

Opinion by TILSON, J. The record established that certain of the items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 38867.**—Protest 451137–G of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J. The record established that certain of the items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained

**No. 38868.**—Protests 788484–G (A), etc., of International Products Corp. (New York).

Opinion by KINCHELOE, J. On the authority of *United States* v. *Field* (25 C. C. P. A. 308, T. D. 49422) and *Anniston* v. *Davis* (301 U. S. 337) the protests were dismissed.

**No. 38869.**—Protests 943869–G, etc., of Bemis Bros. Bag Co. et al. (Philadelphia).

Opinion by KINCHELOE, J. On the authority of *United States* v. *Field* (25 C. C. P. A. 308, T. D. 49422) and *Anniston* v. *Davis* (301 U. S. 337) the protests were dismissed.

BEFORE THE THIRD DIVISION, JUNE 23, 1938

**No. 38870.**—Protests 726102–G, etc., of Parrish Bros. (Baltimore).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of Abstract 37263 the laurel leaves in question were held free of duty under paragraph 1722 as claimed.